JESSE EADDY v. DEPARTMENT OF TRANSPORTATION.

October 24, 1986.

This matter having come before the Court on a grant of certification, and counsel for appellant having informed the Court that the Civil Service Reform Act, L.1986, c. 112, has resolved the issue on which certification was sought, and good cause appearing;

It is ORDERED that the stay of the judgment below and the grant of certification are vacated, and the appeal is dismissed. (See 208 *N.J.Super.* 156)